JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MOTOBATT USA LTD., INC.,

Plaintiff,

v.

ANTIGRAVITY BATTERIES, LLC, et al.,

Defendants.

Case No.  CV 19-0085-GW-KSx

**ORDER TO DISMISS WITH PREJUDICE**

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: December 14, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE